## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Villanova University | : | |
| | : | |
| v. | : | No. 157 C.D. 2019 |
| | : | |
| Radnor Township Zoning Hearing Board | : | |
| | : | |
| | : | |
| Appeal of: Radnor Township Board of Commissioners | : | |
| | : | |

**PER CURIAM**                               **O R D E R**

NOW, June 5, 2020, having considered Appellee's application for reargument and Appellant's answer in response thereto, the application is denied.